**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUIS DENNIS ROBERTS, JR.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 1:26-cv-06065 JLT SKO<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Docs. 8, 13) |

Marquis Dennis Roberts, Jr. seeks judicial review of the administrative decision denying his application for supplemental security income under Title XVI of the Social Security Act. (Doc. 1.) Defendant moves to dismiss the action, asserting the "complaint was not filed within the requisite time period for seeking judicial review of the Commissioner's final decision on his disability claim." (Doc. 8 at 2.) Plaintiff did not oppose the motion.

The magistrate judge observed that it was "undisputed that the Notice denying Plaintiff's request for review of the ALJ's decision, which represented the final decision of the Commissioner, was dated May 11, 2026." (Doc. 13 at 4.) The magistrate judge noted that Plaintiff alleged that he received the notice on May 15, 2026. (*Id.* at 5, citing Doc. 1 at 3.) The magistrate judge observed under the Social Security Act, Plaintiff was required to bring his complaint within 60 days. (*Id.* at 4, citing 42 U.S.C. § 405(g).) As a result, the magistrate judge

found "Plaintiff's complaint was untimely because it was not filed on or before July 15, 2026." (*Id.* at 5, citing *Henderson v. Astrue*, 321 Fed. App'x 624 (9th Cir. 2009).) The magistrate judge also found there was no basis to apply the doctrines of estoppel or equitable tolling of the statute of limitations. (*Id.* at 5-6.) Therefore, the magistrate judge recommended the Court grant the motion to dismiss. (*Id.* at 6.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 13 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 22, 2026 (Doc. 13) are **ADOPTED** in full.
2. Defendant's motion to dismiss (Doc. 8) is **GRANTED**.
3. The action is **DISMISSED** without prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 15, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE